No. 03–7992. COX v. HEMAR INSURANCE CORPORATION OF AMERICA ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–8029. ADAMS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–8098. WHITE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–8434. SULLIVAN v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–8447. AVALOS ALBA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–8468. MEZA-GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8616. CREW v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 03–8667. YEOMAN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 03–8774. COWAN v. MOORE, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8775. DUKES v. E. R. MANAGEMENT, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–8779. CRISWELL v. DRETKE, DIRECTOR, DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–8780. CHANDLER v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–8782. COOPER v. JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8784. PERRY v. BYRD ET AL. C. A. 3d Cir. Certiorari denied.